**UNITED STATES DISTRICT COURT**
**FOR THE NORTHEN DISTRICT OF IIIINOIS**

**FILED**

J:N

NOV 1 6 2007
11-16-07
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Muhammad Rizwan &
Nazia Rizwan
6301 N. Sheridan Rd Apt 12G
Chicago, IL 60660
Ph: 773-255-0773

        Plaintiff,

*v.* Case No.:...................................................

07CV6513
JUDGE MANNING
MAG. JUDGE VALDEZ

Emilio T. Gonzalez,
Director of the US Citizenship and Immigration Service
Office of the General Counsel
U.S. Department of Homeland Security
20 Massachusetts Ave, NW, Suite 4025, 4th Floor
Washington, DC 20528

Evelyn Upchurch, Director
Texas Service Center
U. S. Citizenship and Immigration Services
4141 St. Augustine Rd.
Dallas, TX 75227

Michael B. Mukasey,
United States Attorney General
US Department of Justice
950 Pennsylvania Ave., NW
Washington, DC 20530-0001

Robert S. Mueller III
Director, Federal Bureau of Investigation
Office of the General Counsel
935 Pennsylvania Avenue, N.W.
Washington, DC 20535 -001

        Defendant.

## COMPLAINT FOR MANDAMUS AND INJUNCTIVE RELIEF

Petitioner / Plaintiff, Muhammad Rizwan, Pro Se, presents instant Complaint before this Honorable Court requesting relief against the Defendants for their actions and for their failure to act on the Petitioner's application for permanent residence in accordance with law.

### I. INTRODUCTION

1. This is a petition for a statutory relief pursuant to law including US Constitution, Mandamus Act (28 U.S.C. § 1361), Declaratory Judgment Act (28 U.S.C. § 2201), Aliens and Nationality - 8 USC Section 1571, and the Administrative Procedures Act (5 U.S.C. § 551 et seq.) This action challenges the unreasonable delay in adjudicating of Plaintiff's employment-based Adjustment of Status (AOS) Application (Form I-485) pending at Texas Service Center of the United States Citizenship and Immigration Services (USCIS) since Oct 20 2006.

### II. JURISDICTION

2. This Court has subject matter jurisdiction over this petition under 28 U.S.C. § 1331 (Federal question statute) since this is a civil action arising under the Constitution and the laws of the United states, including the Fifth Amendment to the U.S. Constitution, provisions of Title 8 U.S.C. § 1101 et seq. (Immigration and Nationality Act, INA) and applicable regulations, policies and procedures arising hereunder. This Court may grant relief in this action under 28 U.S.C. § 1361 (Mandamus Act); 28 U.S.C. § 1651 (All Writs Act); 28 U.S.C. § 2201 (Declaratory Judgment Act); and under 5 U.S.C. § 701 et seq. (Administrative Procedures Act).

3. Plaintiff has exhausted administrative remedies trying to resolve the prolonged delay in adjudication of his AOS application This action challenges only the Respondents' timeliness in adjudication of AOS petition, not the granting or denial of petition, therefore the jurisdictional limitations of 8 U.S.C. § 1252 do not apply.

III.   **VENUE**

4. Pursuant to 28 U.S.C. § 1391(e) venue is proper in this judicial district, because Defendants operate within this district and plaintiff resides in this district.

IV.   **PARTIES**

5. Petitioner Muhammad Rizwan and Derivative Nazia Rizwan are a native and citizen of Pakistan. Muhammad Rizwan is a System Accountant by profession working for Technology Company located in Chicago, IL. Petitioner originally entered the United States as an undergraduate student in Jan 2001 to attend the University of Central Oklahoma. He graduated from the University of Central Oklahoma with a Bachelor of Science degree in Accounting in 2003. After completion of OPT he started Graduate school at DePaul University Chicago IL in March 2005 and Graduated in 2006. After that Muhammad Rizwan obtained an H-1B professional visa enabling him to take up employment with employer, Chicago IL in 2006. On Oct 20, 2006 Company concurrent filed an immigrant visa petition I-140 and Adjustment of Status I-485 on Muhammad Rizwan behalf. Immigration petition I-140 subsequently approved in Nov 2006. In February 2007 Muhammad Rizwan also filed derivative application for his wife. Her application is still pending because principal application is not approved yet.

6. Respondent Emilio T. Gonzalez is the acting Director of the U.S. Citizenship and Immigration Services. Pursuant inter alia, to 8 U.S.C. § 1103, he is in charged with among other matters, administering the USCIS by implementing and enforcing the immigration and Nationality Act. As such, he is ultimate decision-making authority over the matters alleged in this complaint.

7. Respondent Evelyn Upchurch is the Director of the Texas Service Center of USCIS of the DHS. In her capacity as the Director of the Texas Service Center, USCIS, Ms. Upchurch is responsible for the administration of immigration benefits and services including the processing of employment-based immigration petitions. As such, she has decision-making authority over the matters alleged in this Complaint.

8. Respondent Michael B. Mukasey is the Attorney General of the United States. Pursuant, *inter alia*, to

8 U.S.C. § 1103, he is charged with controlling determination of all issues of law pertaining to immigration and with representing the United States of America in various legal matters.

9. Defendant <u>Robert S. Mueller, III,</u> Director of Federal Bureau of Investigations (FBI), the law enforcement agency that conducts security clearances (name check) for U.S. government agencies, such as the Department of State. As will be shown, Defendant has failed to complete the security clearances of plaintiff's cases.

## V.    STATEMENT OF FACTS

10. Petitioner, Muhammad Rizwan, submitted AOS applications to become permanent residents   of the United States with Texas Service Center of USCIS on Oct 20, 2006. USCIS acknowledgement documents are attached hereto as **Exhibit A**.

11. Petitioner is eligible to receive an immigrant visa benefit and is admissible to the United States as Permanent residence.

12. Petitioner's employment-based AOS application was filed along with immigrant petition for alien worker under INA 8 U.S.C. § 1153(b) 2nd high priority category – Member of Profession with advance degree or of Exceptional ability sec 203 (b)(2) which was approved in Nov 2006. Approval notice is provided in **Exhibit B**.

13. An immigrant visa was immediately available to the Petitioner at the time of AOS application was filed.

14. Following the submission of AOS application, Petitioner was requested to provide and actually provided fingerprints for security checks on Nov 08, 2006.

15. USCIS        publishes        processing        dates        every        month        online        at: <u>https://egov.uscis.gov/cris/jsps/Processtimes.jsp?ServiceCenter=TSC</u> Texas        Service        Center        is currently processing AOS applications (form I-485) filed on December 19, 2006 while Petitioner submitted his application in Oct 2006, *2 months earlier* than current published processing time.

16. In regards to the I-485 application TSC send RFE to proof that applicant register for special

registration (NASEER). In response to that letter copy of passport where FIN was clearly written by immigration officer replied back. After a week TSC send another notice Intent to deny and requested go into the ICE Chicago office and proof that you register for NASEER special registration. In response to that I appeared in local office. ICE officer found no major violation and provided me a letter that no such violation found. Furthermore he said no enforcement is required in this case and case should be proceed on merit **(Exhibit C)**

17. TSC resumed the processing of I-485 and mentioned on the web status that On March 21, 2007, we received your response to our request for evidence. We will notify you by mail when we make a decision or if we need something from you. You should expect to receive a written decision or written **update within 60 days** of the date we received your response unless fingerprint processing or an interview are standard parts of case processing and have not yet been completed, in which case you can use our processing dates to estimate when this case will be done.**(Exhibit D)**.

18. Three months later, on June 18, 2007, *after submitting all documents to USCIS*, Petitioner made an official inquiry with USCIS since adjudication of his petition was delayed past the published USCIS processing dates. USCIS replied and said background check is still pending for this case and contact us back in later. We can't give exact date when we will process this case.

19. Additional "Status Inquiries" with USCIS were made by Petitioner on July 24 2007 on the phone and infopass. The last one was done 10 months *after submitting all documents to USCIS*. USCIS reply was the same for all of them: "*The processing of your petition/application has been delayed. All petitions/applications received by this Service are required to have routine security checks that are resulting in delays of the adjudication of petitions/applications.*" **(Exhibit E)**.

20. Petitioner made further efforts to get a status of his application and find out a reason for a delay in adjudication of his application. Specifically, Petitioner contacted the Office of his Congresswoman Jan Schakowsky of the 9th District of IL on May 18 2007. Jan's office forward letter to FBI to check petitioner name check status. Petitioner received reply from FBI that we received name check request on Nov 1, 2006 and it's under processing. They can't provide exact date when it

21. After four months of no progress, on September 4, 2007, 11 months *after submitting all documents to USCIS*, Petitioner contacted the office of Senator Dick Durbin of IL. Still waiting for reply. Petitioner received reply that they can't help to expedite name check (**Exhibit G**).

22. Muhammad Rizwan has always complied with immigration and civil laws, has never been arrested or convicted of a crime and has never presented a security risk to the United States. Muhammad Rizwan has been lawfully present in the United States for over 6 years since Jan 2001.

23. Concerned about the status of his security checks, Petitioner made an official Freedom of Information–Privacy Acts (FOIPA) request with the Federal Bureau of Investigations of the U. S. Department of Justice. FBI reply dated May 29, 2007 stated that FBI has no records pertaining to Muhammad Rizwan "*A search of the automated indices to the central records system files at FBI Headquarters located no records responsive to your FOIPA request.*" (**Exhibit H**).

24. During June-Aug 2007 Petitioner made efforts to contact FBI Record/Information Dissemination Section directly in order to find out the status of his security checks and a reason for a delay. There were no replies to these inquires. In addition to that petitioner also attached letter from Pakistani police that there is no record for Mr Rizwan. (**Exhibit I**).

25. As of Nov 16, 2007, more than *1 year after submitting all documents to USCIS*, no resolution on Muhammad Rizwan application has been reached so he is filing present Complaint with the Northern IL District. This action challenges only the Defendants' timeliness in adjudication of Petitioner's application, not the granting or denial of that application.

26. Section 202 (8 U.S.C. § 1571) of the Title II of the American Competitiveness in Twenty-first Century Act of 2000 (AC21) clearly lays down the parameters of reasonableness in immigration adjudication, stating: "...It is the sense of Congress that the processing of an immigration benefit application should be completed not later than **180 days** after the initial filing of the application." (**Exhibit J**):

27. USCIS did not present any reason for the delay other than pending background checks (FBI name

check). USCIS has authority to expedite FBI name check and it did not exercise it even though Plaintiff pointed out several times that his application is outside of processing time. FBI did not provide any explanation for the delay and did not respond to Plaintiff's request to expedite. Plaintiff presented the evidence that FBI has no record associated with his name.

As per FBI Testimony of David M Hardy to Senate Subcommittee that 97-98% name check return to USICS within 120 days. Remaining are identified as possibility being the Subject of an FBI record, which required the retrieval and review. As per FOIPA there is not record for plaintiff

**(Exhibit K)**

28. Defendants are also required by 5 U.S.C. § 551 "within a reasonable time to conclude a matter presented."

## VI INJURY TO PETITIONER

29. The Petitioner's application to become permanent resident of the United States is pending from USCIS for more than 1 year.

30. Petitioner is waiting and will continue to wait for a significant amount of time for a decision on his AOS application. His status in the United States has been and will continue to be uncertain. Petitioner could not plan ahead because he has not known and does not know when he becomes a permanent resident.

    i.     Plaintiff and his derivative beneficiaries are unable to obtain legal permanent residence, travel and work without restriction.

    ii.    Plaintiff status in the United States has been and will continue to be uncertain petitioner could not plan ahead because he has not known and does not know when he becomes a permanent resident.

    iii.   Plaintiff and his derivative beneficiaries are unable to accrue time to be eligible for Naturalization as a citizen of the United States.

    iv.   Plaintiff and his wife are unable to apply for jobs at where permanent residency is required for

example government department.

v.     Petitioner has lost a significant work time while pursuing his AOS application, making inquiries with USCIS, visiting USCIS local office, seeking help for expediting the delayed permanent residency over a year.

vi.    Plaintiff and spouse endure financial losses associated with filing for annual extensions of work and travel documents for with USCIS.

vii.   Many universities and colleges consider a person without a permanent residency to be an out-of-state resident and hence charge him or her out-of- state tuition. Due to that Petitioner and his wife could not proceed with her educational plans.

viii.  Without permanent residency plaintiff is not able to apply for mortgage and buy home, can't plain for 401 k because of future uncertainty.


## VII.    GROUNDS FOR RELIEF

31. Defendants, despite having a duty to act within reasonable time, have failed to process and adjudicate Petitioner's application for permanent residency in a timely manner.

32. Defendant USCIS' duty to process and adjudicate Petitioner's application "within a reasonable time" (*within 180 days*) is a non-discretionary duty mandated by federal and judicial precedent.

33. Defendant USCIS' conduct in failing to process Petitioner's application and adjudicate his case in a reasonably timely manner has caused unnecessary and injurious delays to Petitioner, in violation of his rights.

34. Petitioner has exhausted all administrative remedies available and has determined that no adequate remedy exists.


**Count I.**
**Mandamus Action**
**28 U.S.C. § 1651**

34. Petitioner incorporates all allegations made hereinabove that are pertinent to this Court.

35. Defendants are charged with the mandatory responsibility of administering and implementing the Immigration and Nationality Act.

36. Defendants bear sole responsibility for timely adjudication of AOS application and for orderly (FIFO) attendant procedures.

37. Defendants have failed to discharge their mandated duties.

38. As a result, Petitioner has suffered and continues to suffer irreparable harm and damages entitling him to declaratory, injunctive and other relief.

39. Petitioner has exhausted all possible administrative remedies and there exists no other adequate remedy.

40. Petitioner incorporates all allegations made hereinabove that are pertinent to this Court.

41. By failing to render timely decision on Petitioner's application, Defendants have violated the Administrative Procedures Act and this constitutes agency action that is arbitrary and capricious, and not in accordance with law. 5 U.S.C. § 701 et seq., 702, 706 ("agency action unlawfully withheld or unreasonably delayed" under § 706(1)) and 5 U.S.C. § 555, Aliens and Nationality - 8 USC Section 1571

42. Defendants have failed to discharge their mandated official duties.

43. As a result, Petitioner has suffered and continues to suffer irreparable harm and damages entitling him to declaratory, injunctive and other relief.

**Count III.**
**Declaratory Judgment Act**
**28 U.S.C. § 2201**

44. Petitioner incorporates all allegations made hereinabove that are pertinent to this Court.

45. Petitioner contend that Defendants' actions and decisions relating to delays in AOS adjudication and attendant procedures are unconstitutional, violate the INA, and are arbitrary and capricious and seek a declaration to that effect under 28 U.S.C. § 2201.

46. As a result, Petitioner has suffered and continues to suffer irreparable harm and damages entitling

him to declaratory, injunctive and other relief.

**Count IV.**
**Equal Access to Justice Act**
**5 U.S.C. § 504 and 28 U.S.C. § 2412**

47. If prevails, Petitioner will seek attorney's fees and costs under the Equal Access to Justice Act

48. "EAJA"), as amended, 5 U.S.C. § 504 and 28 U.S.C. § 2412.

## VIII PRAYER FOR RELIEF

WHEREFORE, Petitioner respectfully prays that the honorable Court grant the following relief:

   i.  Assume jurisdiction over this cause;

   ii. Declare that the Defendants' failure to act is illegal, arbitrary, capricious and abuse of discretion;

   iii. Compel Defendants and those acting under them to perform their duty to act upon the Petitioner's
        application for permanent residency;

   iv. Grant such other and further relief as this Court deems just and appropriate.

Dated: Nov 16, 2007

RESPECTFULLY SUBMITTED,

Muhammad Rizwan & Nazia Rizwan
SRC0701652026,    SRC0710960069
Petitioner, Pro Se
6301 N Sheridan Rd Apt 12G
Chicago, IL 60660
PH: 773-255-0773
E-mail: xizwan@yahoo.com

# THE UNITED STATES OF AMERICA

| RECEIPT NUMBER<br>SRC-07-016-52026 | | CASE TYPE  I485    APPLICATION TO ADJUST TO PERMANENT RESIDENT STATUS |
|---|---|---|
| RECEIVED DATE<br>October 20, 2006 | PRIORITY DATE | APPLICANT  A088 045 527<br>RIZWAN, MUHAMMAD |
| NOTICE DATE<br>October 25, 2006 | PAGE<br>1 of 1 | |

| | |
|---|---|
| MAZHER M. SHAH KHAN<br>LAW OFFICES OF MAZHER M SHAH KHAN<br>2906 W PETERSON AVE STE A<br>CHICAGO IL 60659 | Notice Type:  Receipt Notice<br><br>Amount received: $ 395.00<br>Section: Adjustment as direct<br>         beneficiary of immigrant<br>         petition |

Receipt notice - If any of the above information is incorrect, call customer service immediately.

Processing time - Processing times vary by kind of case.
- You can check our current processing time for this kind of case on our website at uscis.gov.
- On our website you can also sign up to get free e-mail updates as we complete key processing steps on this case.
- Most of the time your case is pending the processing status will not change because we will be working on others filed earlier.
- We will notify you by mail when we make a decision on this case, or if we need something from you. If you move while this case is pending, call customer service when you move.
- Processing times can change. If you don't get a decision or update from us within our current processing time, check our website or call for an update.

If you have questions, check our website or call customer service. Please save this notice, and have it with you if you contact us about this case.

Notice to all customers with a pending I-130 petition - USCIS is now processing Form I-130, Petition for Alien Relative, as a visa number becomes available. Filing and approval of an I-130 relative petition is only the first step in helping a relative immigrate to the United States. Eligible family members must wait until there is a visa number available before they can apply for an immigrant visa or adjustment of status to a lawful permanent resident. This process will allow USCIS to concentrate resources first on cases where visas are actually available. This process should not delay the ability of one's relative to apply for an immigrant visa or adjustment of status. Refer to www.state.gov/travel <http://www.state.gov/travel> to determine current visa availability dates. For more information, please visit our website at www.uscis.gov or contact us at 1-800-375-5283.

If this receipt is for an I-485, or I-698 application
USCIS WILL SCHEDULE YOUR BIOMETRICS APPOINTMENT. You will be receiving a biometrics appointment notice with a specific time, date and place where you will have your fingerprints and/or photos taken. You MUST wait for your biometrics appointment notice prior to going to the ASC for biometrics processing. This I-797 receipt notice is NOT your biometrics appointment notice and should not be taken to an ASC for biometrics processing.

WHAT TO BRING TO YOUR BIOMETRICS APPOINTMENT.
Please bring your biometrics appointment letter (with specific time, date and place where you will have your fingerprints and/or photo taken) AND your photo identification to your biometrics appointment.
Acceptable kinds of photo identification are:
- a passport or national photo identification issued by your country,
- a drivers license,
- a military photo identification, or
- a state - issued photo identification card.

Always remember to call customer service if you move while your case is pending. If you have a pending I-130 relative petition, also call customer service if you should decide to withdraw your petition or if you become a U.S. citizen.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
TEXAS SERVICE CENTER
P O BOX 851488 - DEPT A
MESQUITE TX 75185-1488
Customer Service Telephone: (800) 375-5283



EXHIBIT A USCIS Receipt Notices. USCIS Texas Service Center

Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-797, Notice of Action**

## THE UNITED STATES OF AMERICA

| RECEIPT NUMBER | CASE TYPE | |
|---|---|---|
| SRC-07-109-60069 | I485    APPLICATION TO ADJUST TO PERMANENT RESIDENT STATUS | |

| RECEIVED DATE | PRIORITY DATE | APPLICANT |
|---|---|---|
| February 23, 2007 | | A088 257 700 |
| | | RIZWAN, NAZIA |

| NOTICE DATE | PAGE |
|---|---|
| February 26, 2007 | 1 of 1 |

NAZIA RIZWAN
6301 N SHERIDAN RD 12G
CHICAGO IL 60660

**Notice Type:** Receipt Notice

**Amount received:** $ 395.00

**Section:** Derivative adjustment

**Receipt notice** - If any of the above information is incorrect, call customer service immediately.

**Processing time** - Processing times vary by kind of case. You can check our current processing time for this kind of case on our website at **www.uscis.gov**. On our website you can also sign up to get free e-mail status updates as we complete key processing steps on this case. Most of the time your case is pending the processing status will not change because we will be working on others filed earlier. We will notify you by mail when we make a decision on this case, or if we need something from you. If you move while this case is pending, call customer service when you move. Processing times can change. If you don't get a decision or update from us within our current processing time, check our website or call for an update. If you have questions, check our website or call customer service. Please save this notice, and have it with you if you contact us about this case.

**Notice to all customers with a pending I-130 petition** - USCIS is now processing Form I-130, Petition for Alien Relative, as a visa number becomes available. Filing and approval of an I-130 relative petition is only the first step in helping a relative immigrate to the United States. Eligible family members must wait until there is a visa number available before they can apply for an immigrant visa or adjustment of status to a lawful permanent resident. This process will allow USCIS to concentrate resources first on cases where visas are actually available. This process should not delay the ability of one's relative to apply for an immigrant visa or adjustment of status. Refer to **www.state.gov/travel** to determine current visa availability dates. For more information, please visit our website at www.uscis.gov or contact us at 1-800-375-5283.

**If this receipt is for an I-485, or I-698 application** - USCIS WILL SCHEDULE YOUR BIOMETRICS APPOINTMENT. You will be receiving a biometrics appointment notice with a specific time, date and place where you will have your fingerprints and/or photos taken. You MUST wait for your biometrics appointment notice prior to going to the ASC for biometrics processing. This I-797 receipt notice is NOT your biometrics appointment notice and should not be taken to an ASC for biometrics processing.

**WHAT TO BRING TO YOUR BIOMETRICS APPOINTMENT-**
Please bring your biometrics appointment letter (with specific time, date and place where you will have your fingerprints and/or photo taken) AND your photo identification to your biometrics appointment. Acceptable kinds of photo identification are: a passport or national photo identification issued by your country, a drivers license, a military photo identification, or a state - issued photo identification card.

Always remember to call customer service if you move while your case is pending. If you have a pending I-130 relative petition, also call customer service if you should decide to withdraw your petition or if you become a U.S. citizen.

**This receipt notice provides notification of the date that your application/petition was received by USCIS. This receipt notice does NOT grant any immigration status or benefit. You may not present this receipt notice as evidence that you have been granted any immigration status or benefit. In addition, this receipt notice does not constitute evidence that your application remains pending with USCIS i.e., that a decision to grant or deny your application/petition has not yet been made. The current status of your application/petition must be verified with USCIS.**

Please see the additional information on the back. You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
TEXAS SERVICE CENTER
P O BOX 851488 - DEPT A
MESQUITE TX 75185-1488
Custo---



**EXHIBIT A USCIS Receipt Notices. USCIS Texas Service Center**

# THE UNITED STATES OF AMERICA

| | | | |
|---|---|---|---|
| RECEIPT NUMBER<br>SRC-07-016-51987 | | CASE TYPE I140<br>IMMIGRANT PETITION FOR ALIEN WORKER | |
| RECEIPT DATE<br>October 24, 2006 | PRIORITY DATE<br>September 21, 2006 | PETITIONER<br>APPLUS TECHNOLOGIES INC | |
| NOTICE DATE<br>November 15, 2006 | PAGE<br>1 of 1 | BENEFICIARY A088 045 527<br>RIZWAN, MUHAMMAD | |

MAZHER M. SHAH KHAN
LAW OFFICES OF MAZHER M SHAH KHAN
2906 W PETERSON AVE STE A
CHICAGO IL 60659

Notice Type:  Approval Notice
Section: Mem of Profession w/Adv Deg,or
         of Exceptn'l Ability
         Sec.203(b)(2)

The above petition has been approved.  The petition indicates that the person for whom you are petitioning is in the United States and will apply for adjustment of status.  He or she should contact the local INS office to obtain Form I-485, Application for Permanent Residence.  A copy of this notice should be submitted with the application, with appropriate fee, to this Service Center.  Additional information about eligibility for adjustment of status may be obtained from the local INS office serving the area where he or she lives, or by calling 1-800-375-5283.

If the person for whom you are petitioning decides to apply for a visa outside the United States based on this petition, the petitioner should file Form I-824, Application for Action on an Approved Application or Petition, with this office to request that we send the petition to the Department of State National Visa Center (NVC).

The NVC processes all approved immigrant visa petitions that require consular action.  The NVC also determines which consular post is the appropriate consulate to complete visa processing.  It will then forward the approved petition to that consulate.

The approval of this visa petition does not in itself grant any immigration status and does not guarantee that the alien beneficiary will subsequently be found to be eligible for a visa, for admission to the United States, or for an extension, change, or adjustment of status.

THIS FORM IS NOT A VISA NOR MAY IT BE USED IN PLACE OF A VISA.

Please see the additional information on the back.  You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
TEXAS SERVICE CENTER
P O BOX 851488 - DEPT A
MESQUITE TX 75185-1488
Customer Service Telephone: (800) 375-5283



Form I-797 (Rev. 01/31/05) N

**EXHIBIT B USCIS I-140 Approval Notice**

RE: **Muhammad RIZWAN**                    DOB: **03/07/75**

I-485: SRC-07-016-52026                        A#: **88 045 527**

FIN:    **1293 5480  &  1395 2063**      Consolidated FIN: **1050722337**

Pursuant to the meeting and conversations with you, Officer Fuqua and myself, a complete review of your clients' immigration records and documents was conducted. That review reveals that your client has made several entries into the U.S. His NSEERS records were confusing due to him being assigned a few different FIN numbers. Those numbers have now been consolidated into one FIN. His only violation appears to be for failing to register departure in NSEERS in March of 2003. That violation had been waived by his numerous readmissions into the U.S. There do not appear to be any other violations, and he has appeared for both continuing registration and departure registration as required.

Based on our review there does not appear to be any violation, which would warrant enforcement action by Immigration and Customs Enforcement (ICE). I will recommend to the service center that the pending application be decided solely on its merits.

Jim Holmgren
Senior Special Agent
National Security Group
ICE - SAC Chicago
(630) 574-4600   office

**EXHIBIT C Reply from ICE agent cleared with no violation**

# Case Status Search

Receipt Number:   SRC0701652026

Application Type:   I485, APPLICATION TO REGISTER PERMANENT RESIDENCE OR TO ADJUST STATUS

Current Status:

Response to request for evidence received, and case processing has resumed.

On March 21, 2007, we received your response to our request for evidence. We will notify you by mail when we make a decision or if we need something from you. If you move while this case is pending, call customer service. You should expect to receive a written decision or written update within 60 days of the date we received your response unless fingerprint processing or an interview are standard parts of case processing and have not yet been completed, in which case you can use our processing dates to estimate when this case will be done. This case is at our TEXAS SERVICE CENTER location. Follow the link below to check processing dates. You can also receive automatic e-mail updates as we process your case. Just follow the link below to register.

If you have a question about case status information provided via this site, or if you have not received a decision from USCIS within the current processing time listed, please contact the USCIS Customer Service at (800) 375  5283 or 1-800-767-1833 (TTY).

**EXHIBIT D Current Status declare that USCIS will take action in 60 days**



**U.S. Department of Homeland Security**
Texas Service Center
P.O. Box 851488
Mesquite, TX 75185-1488

**U.S. Citizenship
and Immigration
Services**

Wednesday, August 1, 2007

MUHAMMAD RIZWAN
6301 N SHERIDAN RD, APT 12 G
CHICAGO IL 60660

Dear Muhammad Rizwan:

On 06/18/2007 you, or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

| | |
|---|---|
| **Caller indicated they are:** | Applicant or Petitioner |
| **Attorney Name:** | Information not available |
| **Case type:** | I485 |
| **Filing date:** | 10/21/2006 |
| **Receipt #:** | SRC-07-016-52026 |
| **Beneficiary (if you filed for someone else):** | Information not available |
| **Your USCIS Account Number (A-number):** | A088045527 |
| **Type of service requested:** | Outside Normal Processing Times |

The status of this service request is:

The processing of your case has been delayed. A check of our records establishes that your case is not yet ready for decision, as the required investigation into your background remains open.

Until the background investigation is completed, we cannot move forward on your case. These background checks are required to be completed on all applicants who apply for the immigration benefit you are seeking. We will make every effort to make a decision on this case as soon as the background checks are complete. If you do not receive a decision or other notice of action from us within 6 months of this letter, please contact us by calling our customer service number provided below.

XM286

If you have any further questions, please call the National Customer Service Center at 1-800-375-5283.

Please remember: By law, every person who is not a U.S. citizen and who is over the age of 14 must also notify the Department of Homeland Security within 10 days from when they move (persons in "A" or "G" nonimmigrant status are exempt from this requirement). If you have moved, please complete a Form AR-11 and mail it to the address shown on that form. If you do not have this form, you can download it from our website or you can call the National Customer Service Center at 1-800-375-5283 and we can order one for you. If you move, please call us with your new address information as soon as your move is complete. If you have already called us and given us this information, you do not need to call again.

U.S. CIS - 08-01-2007 03:15 PM EDT - SRC-07-016-52026

**EXHIBIT E Status inquiry reply from USCIS**

-----Original Message-----
**From:** FBI
**Sent:** Wednesday, September 05, 2007 6:11 AM
**To:** Rodriguez, Taina
**Subject:** MUHAMMAD RIZWAN

A review of the Federal Bureau of Investigation's (FBI's) Name Check Program database concerning MUHAMMAD RIZWAN revealed that a request was received from the United States Citizenship and Immigration Services on 11/01/2006, and is currently in process.

The FBI processes millions of name check requests each year with each requiring thoughtful consideration. We know how important this information must be to your constituent; however, the FBI must also balance the need for national security in preparing the response to each of these requests. The FBI's homeland security mission requires that our name check process be primarily focused on an accurate and thorough result. While an exact date for completion of this review cannot be given be assured that the results will be made available to the immigration authorities as quickly as possible.

I trust this information will assist you in responding to your constituent.


Sincerely,


Michael A. Cannon/dc
Section Chief
National Name Check Program Section
Records Management Division
Federal Bureau of Investigation

**EXHIBIT F Reply from FBI that name check not clear**

RICHARD J. DURBIN
ILLINOIS

COMMITTEE ON APPROPRIATIONS

COMMITTEE ON THE JUDICIARY

COMMITTEE ON RULES
AND ADMINISTRATION

ASSISTANT MAJORITY
LEADER

# United States Senate
## Washington, DC 20510-1304

309 HART SENATE OFFICE BUILDING
WASHINGTON, DC 20510-1304
(202) 224-2152
TTY (202) 224-8180

230 SOUTH DEARBORN, 38TH FLOOR
CHICAGO, IL 60604
(312) 353-4952

525 SOUTH EIGHTH STREET
SPRINGFIELD, IL 62703
(217) 492-4062

701 NORTH COURT STREET
MARION, IL 62959
(618) 998-8812

durbin.senate.gov

September 4, 2007

Mr. Muhammad Rizwan
6301 N. Sheridan Road, Apt. 12G
Chicago, IL  60660

Dear Mr. Rizwan:

Thank you for your recent correspondence in relation to your pending FBI name check. I understand your frustration with the lengthy delays you have experienced in obtaining your name check clearance. As you are probably aware name check clearances are required by the United States Citizenship and Immigration Services before they can process or make a final determination on permanent residency and citizenship petitions. Our office is not able to inquire about the status of name checks pending with the FBI. I have enclosed some information regarding the name check process that may better help you in your understanding of this matter.

Although we are unable to assist you in this particular situation, please do not hesitate to contact me if you require assistance with other matters of federal concern.

Very truly yours,

Kai Love
Director of Constituent Services

Office of Richard J. Durbin
United States Senator
230 South Dearborn St., Suite 3892
Chicago, Illinois  60604
312/353-4952

RJD/kl

**EXHIBIT G Senator Dick Durbin reply they can't help**



U.S. Department of Justice

Federal Bureau of Investigation

*Washington, D.C. 20535*

May 29, 2007

MR. MUHAMMAD RIZWAN
APARTMENT 12
6301 NORTH SHERIDAN ROAD
CHICAGO, IL 60660

Request No.: 1079490- 000
Subject: RIZWAN, MUHAMMAD

Dear Requester:

This is in response to your Freedom of Information-Privacy Acts (FOIPA) request noted above.

To promptly respond to requests, we concentrate on identifying main files in the central records system at FBI Headquarters. No records responsive to your FOIPA request were located by a search of the automated indices.

You may file an administrative appeal by writing to the Director, Office of Information and Privacy, United States Department of Justice, 1425 New York Ave., NW, Suite 11050, Washington, D.C. 20530-0001, within sixty days from the date of this letter. The envelope and the letter should be clearly marked "Freedom of Information Appeal" or "Information Appeal." Please cite the FOIPA number assigned to your request so that it may be easily identified.

Enclosed for your information is a copy of the FBI File Fact Sheet.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information
   Dissemination Section
Records Management Division

Enclosure

**EXHIBIT H Copy of FOIPA, NO FBI record found**



# ISLAMABAD CAPITAL TERRITORY POLICE PAKISTAN

## POLICE CHARACTER CERTIFICATE

This is to certify that there is nothing criminal against

Mr. **MUHAMMAD RIZWAN**

S/O **MUHAMMAD ISHAQ**

Resident of  House # 332, Street # 56, Sector G-10/4 Islamabad

Passport No.    E 970286    (Date of Issue)    23-02-1998

National ID No    61101-4633704-9    (Date of Issue)    04-04-2003

On the police record during his stay in Islamabad.-

The Period    From November  2000 to 2002

No.  _2959_  /SEC    Dated: _22-06-2006_



\ **Senior Superintendent of Police**
**Islamabad**

Note:- This Character Certificate is Valid to Submit in the Foreign
Visa/Immigration Purpose and Valid for Three Months Only (From the date of issue).

**EXHIBIT I Police certificate from Pakistan, No record found**



Cornell University
Law School

Search Law School    Search Cornell

LII / Legal Information Institute

# U.S. Code collection

TITLE 8 > CHAPTER 13 > SUBCHAPTER II > § 1571

## § 1571. Purposes

**(a) Purposes**

The purposes of this subchapter are to—

**(1)** provide the Immigration and Naturalization Service with the mechanisms it needs to eliminate the current backlog in the processing of immigration benefit applications within 1 year after October 17, 2000, and to maintain the elimination of the backlog in future years; and

**(2)** provide for regular congressional oversight of the performance of the Immigration and Naturalization Service in eliminating the backlog and processing delays in immigration benefits adjudications.

**(b) Policy**

It is the sense of Congress that the processing of an immigration benefit application should be completed not later than 180 days after the initial filing of the application, except that a petition for a nonimmigrant visa under section 1184 (c) of this title should be processed not later than 30 days after the filing of the petition.

*LII has no control over and does not endorse any external Internet site that contains links to or references LII.*

**EXHIBIT J** American Competitiveness in Twenty-first Century Act of 2000 (A C21)

# Congressional Testimony

**Testimony of David M. Hardy, Acting Assistant Director, Record/Information Dissemination
Section, Records Management Division, FBI
before the Senate Subcommittee on International Operations and Terrorism
October 23, 2003
"The FBI Name Check Process"**

A common question we receive is, How long does it take to complete a visa request name check?
As shown on these graphs, 80 to 93% are completed in 30 days. For both types of visa requests,
97-98% of the requests are resolved in 120 days. Most name check requests that are over 30
days old are the result of the time required to retrieve and review field office record information.
Some delay occurs at substantive analysts' desks, but this is to be expected. These analysts are
assigned to the investigative divisions and are primarily assigned to the analysis of intelligence
reports from around the world in order to support on-going investigations, or to support the flow of
intelligence to policy makers. Despite these significant and voluminous responsibilities, these are
the best professionals to review information in our records and to then make an informed decision
on whether a requester of a visa represents a threat to our homeland, or is interested in illegally
acquiring our targeted technology. Nevertheless, as I stated earlier, the FBI's resolves 98% of all
types of visa requests within 120 days.

Link
http://www.fbi.gov/congress/congress03/hardy102303.htm

**EXHIBIT K Testimony of David M. Hardy to Senate Subcommittee**