07CV6513
JUDGE MANNING
MAG. JUDGE VALDEZ

J.N

FILED
NOV 16 2007
11-16-07
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## PRO SE LITIGANTS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: MUHAMMAD RIZWAN
(Please print)

STREET ADDRESS: 6501 N. Sheridan Rd, Apt 2G

CITY/STATE/ZIP: Chicago IL 60660

PHONE NUMBER: 773-255-0773

CASE NUMBER: _____

_____      11/16/07
Signature                        Date