## CERTIFICATE OF SERVICE

I hereby certify a copy of the summons and Complaint has been served on the following by certified mail, return receipt requested.

**Patrick Fitzgerald, US Attorney Northern District Of Illinois**

Hand Delivered Dated 11/19/2007
219 S. Dearborn Street, Fifth Floor
Chicago, IL 60604

F I L E D
NOV 27 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Emilio T. Gonzalez Certified Mail Delivered** 7006 2150 0001 5392 5244
Dated: November 26, 2007
Director of the US Citizenship and Immigration Service
Office of the General Counsel
U.S. Department of Homeland Security
20 Massachusetts Ave, NW, Suite 4025, 4th Floor
Washington, DC 20528

**Evelyn Upchurch, Director** Certified Mail Delivered 7006 2150 0001 5392 5251
Dated: Nov 23, 2007
Texas Service Center
U. S. Citizenship and Immigration Services
4141 St. Augustine Rd.
Dallas, TX 75227

**Michael B. Mukasey,** Certified Mail Delivered 7006 2150 0001 5392 5237
Dated: November 26, 2007
United States Attorney General
US Department of Justice
950 Pennsylvania Ave., NW
Washington, DC 20530-0001

**Robert S. Mueller III** Certified Mail Delivered 7007 1490 0001 8113 2680
Dated: November 26, 2007
Director, Federal Bureau of Investigation
Office of the General Counsel
935 Pennsylvania Avenue, N.W.
Washington, DC 20535-001

I declare under penalty of perjury that the foregoing is true and correct.

_____
Muhammad Rizwan
Pro Se Case Number: 07C 6513

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Muhammad Rizwan
& Nazia Rizwan

CASE NUMBER: 07C 6513

V.

ASSIGNED JUDGE:

DESIGNATED
MAGISTRATE JUDGE: VALDEZ

RECEIVED 2007 NOV 19 P 12:59
UNITED STATES ATTORNEY
NORTHERN DISTRICT
CHICAGO, ILLINOIS

TO: (Name and address of Defendant)

Patrick J. Fitzgerald
United States Attorney
United States Attorney's Office
Northern District of Illinois, Eastern Division
219 S. Dearborn St., 5th Floor
Chicago, IL 60604

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Muhammad Rizwan
6301 N. Sheridan Rd APT 12G
Chicago IL 60660

an answer to the complaint which is herewith served upon you, within ___60___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

DAVID JOZWIAK

(By) DEPUTY CLERK

NOV 1 9 2007

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Muhammad Rizwan
& Nazia Rizwan

CASE NUMBER: 07C 6513

V.

ASSIGNED JUDGE:

DESIGNATED
MAGISTRATE JUDGE: JUDGE VALDEZ

TO: (Name and address of Defendant)

Robert S. Mueller III
Director, Federal Bureau of Investigation
Office of the General Counsel
935 Pennsylvania Avenue, N.W.
Washington, DC 20535 -001

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

MUHAMMAD RIZWAN
6301 N. Sheridan Rd 12G
Chicago IL 60660

an answer to the complaint which is herewith served upon you, within ___60___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

NOV 1 9 2007

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Muhammad Rizwan
& Nazia Rizwan

V.

CASE NUMBER: 07C 6513

ASSIGNED JUDGE:

DESIGNATED
MAGISTRATE JUDGE: JUDGE VALDEZ

TO: (Name and address of Defendant)

Evelyn Upchurch, Director
Texas Service Center
U. S. Citizenship and Immigration Services
4141 St. Augustine Rd.
Dallas, TX 75227

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Muhammad Rizwan
6301 N. Sheridan Rd APT 12G
Chicago IL 60660

an answer to the complaint which is herewith served upon you, within ___60___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

NOV 19 2007

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Muhammad Rizwan
& Nazia Rizwan

CASE NUMBER: 07C 6513

V.

ASSIGNED JUDGE:

DESIGNATED
MAGISTRATE JUDGE: JUDGE VALDEZ

TO: (Name and address of Defendant)

Emilio T. Gonzalez,
Director of the US Citizenship and Immigration Service
Office of the General Counsel
U.S. Department of Homeland Security
20 Massachusetts Ave, NW, Suite 4025, 4th Floor
Washington, DC 20528

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Muhammad Rizwan
6301 N. Sheridan Rd APT 12G
Chicago IL 60660

an answer to the complaint which is herewith served upon you, within ___60___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

NOV 1 9 2007

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Muhammad Rizwan
& Nazia Rizwan

CASE NUMBER: 07C 6513

V.

ASSIGNED JUDGE:

DESIGNATED
MAGISTRATE JUDGE: JUDGE VALDEZ

TO: (Name and address of Defendant)

Michael B. Mukasey,
United States Attorney General
US Department of Justice
950 Pennsylvania Ave., NW
Washington, DC 20530-0001

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Muhammad Rizwan
6301 N. Sheridan Rd APT 12G
Chicago IL 60660

an answer to the complaint which is herewith served upon you, within ___60___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

NOV 1 9 2007

DATE