UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MUHAMMAD RIZWAN, *et al.*, | ) | |
| | ) | |
| Plaintiff,s | ) | No. 07 C 6513 |
| | ) | |
| v. | ) | |
| | ) | Judge Manning |
| EMILIO T. GONZALEZ, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ATTORNEY DESIGNATION

Please take notice that the undersigned Assistant United States Attorney has been designated in the above captioned case. This designation is provided for informational purposes only and does not constitute an appearance, a motion, or a responsive pleading and does not waive any defenses. See LR 83.16(b).

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: s/ Jonathan C. Haile
    JONATHAN C. HAILE
    Assistant United States Attorney
    219 South Dearborn Street
    Chicago, Illinois 60604
    (312) 886-2055
    jonathan.haile@usdoj.gov

**CERTIFICATE OF SERVICE**

      The undersigned Assistant United States Attorney hereby certifies that in accordance with FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following document:

ATTORNEY DESIGNATION

was served pursuant to the district court's ECF system as to ECF filers, if any, and was sent by first-class mail on December 11, 2007 to the following non-ECF filers:

    *Pro Se:*
    Mohammad Rizwan & Nazia Rizwan
    6301 North Sheridan Rd., Apt. 12G
    Chicago, Illinois 60660

                                    By:  s/ Jonathan C. Haile
                                              JONATHAN C. HAILE
                                              Assistant United States Attorney
                                              219 South Dearborn Street
                                              Chicago, Illinois 60604
                                              (312) 886-2055
                                              jonathan.haile@usdoj.gov