CH

United States District Court

Northern District of IL

Office of the Clerk

Everett McKinley Dirksen Building,

219 South Dearborn Street,

Chicago, Illinois 60604

Date: 02/22/2008

**FILED**

FEB 2 2 2008

United States District Court

Subject: Case withdrawal Request Case Number 1:2007cv06513

07cv6513

Dear Sir/Madam,

We (Plaintiff) would like to withdraw above mention lawsuit against all defendants in the original complaint. Both Plaintiff received I-485 approval notices and original plastic cards on Feb 15, 2008. As per above mentioned grounds please withdraw civil lawsuit against all defendants.

Thank you,

Muhammad Rizwan

Nazia Rizwan